UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>LISA GAMOIAN, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00799-DAD-EPG<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION OF FINDINGS AND RECOMMENDATIONS AND REQUEST FOR EXTENSION OF TIME TO PAY THE $402.00 FILING FEE<br><br>(ECF No. 5) |

    Plaintiff Ricky Tyrone Foster is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. (ECF No. 1). On June 27, 2022, Plaintiff file an application to proceed *in forma pauperis* in this action. (ECF No. 3). On July 7, 2022, this Court issued findings and recommendations, recommending that Plaintiff's application be denied and that he be required to pay the $402 filing fee in full if he wants to proceed with the action because he had at least three "strikes" under 28 U.S.C. § 1915(g) prior to filing this action. (ECF No. 4). The findings and recommendations gave Plaintiff fourteen days to file any objections, and Plaintiff has filed no objections to date.

    However, Plaintiff has filed a request for reconsideration of the findings and recommendations and request for extension of time to pay the filing fee. (ECF No. 5). As grounds for both requests, Plaintiff argues that COVID-19 quarantine procedures at his prison have made it difficult for him to access legal resources and to communicate with his family regarding

obtaining the filing fee for this case.

As to the request for reconsideration, the Court finds Federal Rule of Civil Procedure 59(e) most applicable, which permits a court to reconsider an order if "presented with newly discovered evidence, [if it is shown that the Court] committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). Here, Plaintiff has shown none of the above reasons for the Court to reconsider its recommendation that he be required to pay the filing fee.

As to the request for an extension of time to pay the filing fee, the Court notes that its findings and recommendations remain pending for the District Judge's consideration. Accordingly, there is no current deadline for Plaintiff to pay the filing fee; rather, the District Judge will set such a deadline if the findings and recommendations are adopted.

Based on the forgoing, IT IS ORDERED that Plaintiff's request for reconsideration of the findings and recommendations and request for extension of time to pay the filing fee (ECF No. 5) are denied.

IT IS SO ORDERED.

Dated:   **July 25, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2