UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>LISA GAMOIAN, et al.,<br><br>Defendants. | No. 1:22-cv-00799-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 3, 4) |

Plaintiff Ricky Tyrone Foster is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on June 27, 2022 (Doc. No. 1) and an application to proceed *in forma pauperis* on the same day (Doc. No. 3). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's applications to proceed *in forma pauperis* be denied and that he be required to pay the $402.00 filing fee in full to proceed with this action because: (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (Doc. No. 4.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) Plaintiff has

1

filed no objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the undersigned agrees that plaintiff has incurred three strikes under § 1915(g) and adopts the magistrate judge's recommendation that plaintiff's application to proceed *in forma pauperis* be denied.

Accordingly,

1. The findings and recommendations issued on June 7, 2022 (Doc. No. 4) are adopted;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 3) is denied;
3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action;
4. Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and
5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   August 31, 2022

UNITED STATES DISTRICT JUDGE