UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER, | Case No. 1:22-cv-00799-ADA-EPG |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PAY THE $402.00 FILING FEE |
| v. | |
| LISA GAMOIAN, et al., | (ECF No. 10) |
| Defendants. | |

Plaintiff Ricky Tyrone Foster is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. (ECF No. 1). On September 1, 2022, the presiding District Judge ordered Plaintiff to pay the $402.00 filing fee[1] within thirty days of service of the order. (ECF No. 9). Plaintiff now moves for a two-week extension to pay the filing fee, stating that he will have the necessary funds by then to pay the fee.

Finding good cause for an extension, IT IS ORDERED that Plaintiff shall have until October 11, 2022, to pay the $402.00 filing fee. Plaintiff is advised that failure to pay the filing fee within the specified time may result in the dismissal of this action.
IT IS SO ORDERED.

Dated:  **September 27, 2022**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff refers to a $401.00 filing fee; however, the filing fee is $402.00.

1