UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>        Plaintiff,<br><br>   v.<br><br>LISA GAMOIAN, et al.,<br><br>        Defendants. | No. 1:22-cv-00799-ADA-EPG<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(Doc. Nos. 9, 11) |

Plaintiff Ricky Tyrone Foster is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2022, the Court issued an order denying plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). (Doc. No. 9.) Plaintiff was ordered to pay the $402.00 filing fee in full within thirty (30) days of service if he wanted to proceed with this action. (*Id* at 2.) Notably, plaintiff was warned that "failure to pay the filing fee within the specified time will result in the dismissal of this action." (*Id.*)

On September 27, 2022, the assigned Magistrate Judge granted plaintiff an extension of time to October 11, 2022, to pay the filing fee, warning him that failure to do so may result in

///

1

dismissal of this action. (Doc. No. 11.) To date, plaintiff has not paid the filing fee, and the time in which to do so has expired.

Accordingly,

1. This action is DISMISSED without prejudice for plaintiff's failure to pay the filing fee; and

2. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 5, 2022

UNITED STATES DISTRICT JUDGE